```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024
```

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

August 20, 2024

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**MEMORANDUM ENDORSED**

**Re: United States v. Wilianyi Almanzar Polanco**
24 Cr 177 (GHW)

Your Honor:

    I write to request Court permission for Mr. Almanzar to attend his uncle's wake on August 24, 2024 at a funeral home in Manhattan. Mr. Almanzar was released on a seventy five thousand dollars ($75.000.00) bond secured by two cosigners. He has surrendered his passport and is on home detention with electronic monitoring. He is also working on the books at an overnight job that has Court and pretrial approved.

    If permitted to attend the wake, Mr. Almazar will provide his pretrial officer with the specific location of the wake.

    Mr. Almanzar's pretrial officer, Ashley Cosme, and the government, by Margaret Lynaugh, Esq., have no objection to this request. Therefore I ask that the Court permit Mr. Almanzar to attend his uncle's wake on August 24, 2024.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. GREGORY H. WOODS

Application granted. The conditions of the defendant's pretrial release are modified as follows: the defendant may travel to his uncle's wake on August 24, 2024. The defendant must provide his pretrial services officer the address of the wake. Unless the pretrial services officer otherwise expressly agrees, the defendant must travel directly to and return directly from the wake. All other conditions of the defendant's pretrial release remain in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

SO ORDERED.
Dated: August 20, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge