UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

WILIANYI ALMANZAR POLANCO,

Defendant.

-------------------------------------------------------------------X

24 Cr. 177 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

At Defendant's sentencing in *United States v. Wilianyi Almanzar Polanco*, No. S8 23 Cr. 501, on August 13, 2026, the Court granted the Government's motion to dismiss all open counts against Defendant Wilianyi Almanzar Polanco, including in this case. Accordingly, the counts in No. 24 Cr. 177 are dismissed as to Defendant Wilianyi Almanzar Polanco.

SO ORDERED.

Dated: August 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge